# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRE JORDAN GREEN,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)(1)<br>18 U.S.C. § 924(a)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about May 15, 2022, in the Southern District of Ohio, the defendant, **TRE JORDAN GREEN**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: an Aero Precision X15, multi-caliber pistol, bearing serial number X283038, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## COUNT TWO
### (Possession of a Machinegun)

2. On or about May 15, 2022, in the Southern District of Ohio, the defendant, **TRE JORDAN GREEN,** did knowingly possess a machinegun, that is, an Aero Precision X15, multi-caliber pistol, bearing serial number X283038, with an attached conversion device, commonly

referred to as a "swift link," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of an offense alleged in Count One and Count Two of this Indictment, the defendant, **TRE JORDAN GREEN**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Aero Precision, X15, multi-caliber pistol, bearing serial number X283038;
- All associated ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**